**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA**

| | |
|---|---|
| In re:<br><br>ASHLEY WILSON<br><br>Debtor(s), | Bankruptcy No: 26-13485<br><br>Chapter: 13<br><br>Judge: Honorable Patricia M. Mayer |

**ORDER GRANTING MOTION TO EXTEND TIME**
**TO FILE SCHEDULES, STATEMENTS, AND OTHER DOCUMENTS**

**AND NOW**, upon consideration of the Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents, with proper notice and good cause shown, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The Debtor must file all documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007 ("the Schedules") on or before September 14, 2026.

DATE: 9/8/26

Patricia M. Mayer

Honorable Patricia M. Mayer
U. S. Bankruptcy Judge