**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Ashley C. Wilson,<br><br>*Debtor*. | Case No. 26-13485-PMM<br>Chapter 13 |

**CERTIFICATION OF SERVICE**

I, Michael A. Cibik, certify that on September 17, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: September 17, 2026

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

## Method of Service - CM/ECF:

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**Lakeview Loan Servicing**
c/o KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

## Method of Service - First Class Mail

Atlas Credit Card
Attn: Bankruptcy Department
300 Coventry Road
Kensington, CA 94707

Cornerstone
PO Box 82561
Lincoln, NE 68501

Fst Premier
3820 N Louise Avenue
Sioux Falls, SD 57107

LVNV Funding LLC/Resurgent Capital Services
Resurgent Correspondence
Attn: Bankruptcy
PO Box 1269
Greenville, SC 29602

M & T Bank
Attn: Bankruptcy
PO Box 844
Buffalo, NY 14240-0844

P&B Capital Group Llc
Attn: Bankruptcy
455 Center Rd
West Seneca, NY 14224

Radius Global Solutions
Attn: Bankruptcy
7831 Glenroy Rd, Ste 250
Edina, MN 55439

Self/ Atlantic Capital Bank
Attn: Bankruptcy
901 E 6th Street, Suite 400
Austin, TX 78702