**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Ashley C Wilson**<br>**Debtor(s)**<br><br>**Lakeview Loan Servicing, LLC**<br>**Movant**<br><br>**vs.**<br><br>**Ashley C Wilson**<br>**Respondent(s)**<br><br>**Kenneth E. West**<br>**Trustee** | **CHAPTER 13**<br><br>**NO.** 26-13485 PMM |

**ORDER**

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by Lakeview Loan Servicing, LLC, it is **Ordered** and **Decreed** that confirmation is **denied**.

________________________________
Bankruptcy Judge