**U.S. Bankruptcy Court**

**Eastern District of Pennsylvania**

Notice of Electronic Claims Filing

The following transaction was received from SOBOLESKI, MAGGIE on 10/23/2026 at 1:12 PM EST

File another claim

| | |
|---|---|
| **Case Name:** | Ashley C. Wilson |
| **Case Number:** | 26-13485-pmm |
| **Creditor Name:** | M&T Bank<br>P.O. Box 840<br>Buffalo, NY 14240-0840 |
| **Claim Number:** | 6 Claims Register |
| **Amount Claimed:** | $194,677.70 |
| **Amount Secured:** | $194677.70 |
| **Amount Priority:** | |

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Wilson POC.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1008166204 [Date=10/23/2026] [FileNumber=33823673-0] [36c628cd70f9b946904f021ed77d75d089e7fe4e9f806c67c59f9008249d54146c3c8926f742fe0a51f6be8d1df0c11040bdd4274fa435753c36496dce0ab021]]
**Document description:**Exhibit 410a
**Original filename:**C:\fakepath\Wilson POC 410a.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1008166204 [Date=10/23/2026] [FileNumber=33823673-1] [869930c4fb8cd0cf758b715e921b60d3ebddb6d2a1f49028c0c9ca52443ae62b5261090b19caa4dd1781a6e630cbb7ac4650981fc444c61f186131c46025d03d]]
**Document description:**Service List
**Original filename:**C:\fakepath\Wilson POC cos.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1008166204 [Date=10/23/2026] [FileNumber=33823673-2] [84eae5f855a3ff3816bde144fcda0116981d8898fd4e19615031d03951019338d7a08afed3d570c64a2b3e3c70ceccbbab13e2c59b5b5a16237491e054da1bfe]]
**Document description:**Exhibit escrow
**Original filename:**C:\fakepath\Wilson POC ea.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1008166204 [Date=10/23/2026] [FileNumber=33823673-3] [2815f363f72fe8eb2880322dcf08863eb5d1089dc66e8bdcf7a851909b7983987ed27d5ed7fc04846eacba4597fbf11e8270459c0c4d664c8dd92848d9460eb0]]
**Document description:**Exhibit loan docs
**Original filename:**C:\fakepath\Wilson POC loan docs.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1008166204 [Date=10/23/2026] [FileNumber=33823673-4] [229266aa8b3ce84c540ac779709c19d574e099b19faa557e7fb5924ef0a5615031323dbb5b2dfd26fd105a314f9bc6537f76dc9c82008ae106627739525ebfed]]

**26-13485-pmm Notice will be electronically mailed to:**

MICHAEL A. CIBIK on behalf of Debtor Ashley C. Wilson
help@cibiklaw.com,
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MATTHEW K. FISSEL on behalf of Creditor LAKEVIEW LOAN SERVICING, LLC
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

KENNETH E. WEST
ecfemails@ph13trustee.com, philaecf@gmail.com

**26-13485-pmm Notice will not be electronically mailed to:**

**Fill in this information to identify the case:**

Debtor 1 Ashley C Wilson
(Spouse, if filing)

United States Bankruptcy Court for the EASTERN District of Pennsylvania

Case number 26-13485 PMM

Official Form 410

# Proof of Claim

04/25

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

1. **Who is the current creditor?**

**Lakeview Loan Servicing, LLC**
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor ______

2. **Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? ______

3. **Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notice to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| **M&T Bank**<br>Name | **M&T Bank**<br>Name |
| **P.O. Box 840**<br>Number Street | **ATTN: Payment Processing, P.O. Box 1288**<br>Number Street |
| **Buffalo, NY 14240-0840**<br>City State Zip Code | **Buffalo, NY 14240-1288**<br>City State Zip Code |
| Contact phone | Contact phone |
| Contact Email | Contact Email |

Uniform claim identifier (if you use one):

______

4. **Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known)______ Filed on ______ MM / DD / YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? ______

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

6. **Do you have any number you use to identify the debtor?**

☐ No
☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor **3531**

7. **How much is this claim?** **$194,677.70**

**Does this amount include interest or other charges?**

☐ No
☒ Yes Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001 (c)(2)(A).

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

**Money Loaned**

9. **Is all or part of the claim secured?**

☐ No
☒ Yes. The claim is secured by a lien on property.

**Nature of property: 47 Concord Road Darby, PA 19023**

☒ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: ______

**Basis for perfection:** **Recorded Mortgage**

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property**: $______

**Amount of the claim that is secured:** **$194,677.70**

**Amount of the claim that is unsecured:** $______ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** **$27,757.09**

**Annual Interest Rate** (when case was filed) **7.250%**

☒ Fixed
☐ Variable

10. **Is this claim based on a lease?**

☒ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $______

11. **Is this claim subject to a right of setoff?**

☒ No
☐ Yes. Identify the property: ______

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☒ No

☐ Yes. *Check all that apply:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B) | |
| ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $__________ |
| ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $__________ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $__________ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $__________ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)( ) that applies. | $__________ |

* Amounts are subject to adjustment on 4/01/28 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 10/23/2026
MM / DD / YYYY

/s/ Maggie Soboleski Attorney ID# 88268
Signature

**Print the name of the person who is completing and signing this claim:**

Name: Maggie Soboleski
First name Middle name Last name

Title: Bankruptcy Attorney

Company: KML Law Group, P.C.
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 701 Market Street, Suite 5000
Number Street

Philadelphia PA 19106
City State ZIP Code

Contact phone: (215) 627-1322 Email: bkgroup@kmllawgroup.com

243

| **Part 1: Mortgage and Case Information** | | **Part 2: Total Debt Calculation** | | **Part 3: Arrearage as of Date of Petition** | | **Part 4: Monthly Mortgage Payment** | |
|---|---|---|---|---|---|---|---|
| Case Number: | 26-13485-pmm | Principal Balance: | 167917.33 | Principal due: | 868.25 | Principal & Interest | 1074.12 |
| Debtor 1: | Ashley C. Wilson | Interest Due: | 15217.50 | Interest due: | 14169.43 | Monthly Escrow | 492.30 |
| Debtor 2: | N/A | MIP Amount: | 139.18 | Prepetition fees due: | 7923.05 | Private Mortgage Insurance | 69.59 |
| Last 4 digits used to Identify | 3531 | Fees, Costs Due: | 7923.05 | Escrow deficiency for funds advanced: | 3480.64 | Monthly Principal Reduction | |
| Creditor: | Lakeview Loan Servicing, LLC | Escrow deficiency for funds advanced: | 3480.64 | Projected escrow shortage: | 1315.72 | Total Monthly Payment | 1636.01 |
| Servicer: | M&T Bank | Less total funds on hand: | 0.00 | Less funds on hand: | 0.00 | FHA Payment Supplement Program Expires | |
| Fixed accrual, Daily simple interest or other: | Fixed accrual | Total Debt: | 194677.70 | Total Monthly Principal Reduction | | 1st Post Petition Payment Due | 9/1/2026 |
| | | | | Total prepetition arrearage | 27757.09 | | |

**Part 5: Loan Payment History from First Date of Default**

| | | Account Activity | | | | | How funds were applied/Amount Incurred | | | | | Balance after amount received or incurred | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. | B. | C. | D. | E. | F. | G | H. | I. | J. | K. | L. | M. | N. | O. | P. | Q. |
| Date | Contractual Payment amount | Funds received | Amount Incurred | Description | Contractual due date | Prin, int & esc past due balance | Amount to principal | Amount to interest | Amount to escrow | Amount to fees or charges | Unapplied funds | Principal Balance | Accrued interest balance | Escrow Balance | Fees / Charges Balance | Unapplied Funds Balance |
| | | | | Beginning balance | | 0.00 | | | | | | 167,917.33 | | 5,330.09 | 0.00 | 0.00 |
| 7/1/25 | 1,955.26 | | | Contractual Payment Due | 7/1/2025 | 1,955.26 | | | | | | 167,917.33 | | 5,330.09 | 0.00 | 0.00 |
| 7/16/25 | | | 78.21 | Late Charge | 7/1/2025 | 1,955.26 | | | | 78.21 | | 167,917.33 | | 5,330.09 | 78.21 | 0.00 |
| 8/1/25 | 1,955.26 | | | Contractual Payment Due | 7/1/2025 | 3,910.52 | | | | | | 167,917.33 | | 5,330.09 | 78.21 | 0.00 |
| 8/22/25 | | 3,351.88 | | Funds Received | 7/1/2025 | 3,910.52 | | | | | 3,351.88 | 167,917.33 | | 5,330.09 | 78.21 | 3,351.88 |
| 8/25/25 | | | | Payment Applied | 7/1/2025 | 1,955.26 | 59.62 | 1,014.50 | 881.14 | | -1,955.26 | 167,857.71 | | 6,211.23 | 78.21 | 1,396.62 |
| 8/26/25 | | | | School Tax | 8/1/2025 | 1,955.26 | | | -2,041.65 | | | 167,857.71 | | 4,169.58 | 78.21 | 1,396.62 |
| 8/27/25 | | | | Payment Applied | 8/1/2025 | 558.64 | 59.98 | 1,014.14 | 322.50 | | -1,396.62 | 167,797.73 | | 4,492.08 | 78.21 | 0.00 |
| 8/29/25 | | | 78.21 | Late Charge | 9/1/2025 | 558.64 | | | | 78.21 | | 167,797.73 | | 4,492.08 | 156.42 | 0.00 |
| 8/29/25 | | | | Insufficient Funds | 8/1/2025 | 1,955.26 | -59.98 | -1,014.14 | -322.50 | | | 167,857.71 | | 4,169.58 | 156.42 | 0.00 |
| 8/29/25 | | | | Insufficient Funds | 7/1/2025 | 3,910.52 | -59.62 | -1,014.50 | -881.14 | | | 167,917.33 | | 3,288.44 | 156.42 | 0.00 |
| 9/1/25 | 1,955.26 | | | Contractual Payment Due | 7/1/2025 | 5,865.78 | | | | | | 167,917.33 | | 3,288.44 | 156.42 | 0.00 |
| 9/3/25 | | | | Mortgage Insurance Disbursement | 7/1/2025 | 5,865.78 | | | -71.98 | | | 167,917.33 | | 3,216.46 | 156.42 | 0.00 |
| 9/16/25 | | | 78.21 | Late Charge | 7/1/2025 | 5,865.78 | | | | 78.21 | | 167,917.33 | | 3,216.46 | 234.63 | 0.00 |
| 10/1/25 | 1,955.26 | | | Contractual Payment Due | 7/1/2025 | 7,821.04 | | | | | | 167,917.33 | | 3,216.46 | 234.63 | 0.00 |
| 10/3/25 | | | | Mortgage Insurance Disbursement | 7/1/2025 | 7,821.04 | | | -71.98 | | | 167,917.33 | | 3,144.48 | 234.63 | 0.00 |
| 10/16/25 | | | 78.21 | Late Charge | 7/1/2025 | 7,821.04 | | | | 78.21 | | 167,917.33 | | 3,144.48 | 312.84 | 0.00 |
| 11/1/25 | 1,955.26 | | | Contractual Payment Due | 7/1/2025 | 9,776.30 | | | | | | 167,917.33 | | 3,144.48 | 312.84 | 0.00 |
| 11/4/25 | | | | Mortgage Insurance Disbursement | 7/1/2025 | 9,776.30 | | | -71.98 | | | 167,917.33 | | 3,072.50 | 312.84 | 0.00 |
| 12/1/25 | 1,955.26 | | | Contractual Payment Due | 7/1/2025 | 11,731.56 | | | | | | 167,917.33 | | 3,072.50 | 312.84 | 0.00 |
| 12/3/25 | | | | Mortgage Insurance Disbursement | 7/1/2025 | 11,731.56 | | | -71.98 | | | 167,917.33 | | 3,000.52 | 312.84 | 0.00 |
| 12/30/25 | | 1,943.69 | | Funds Received | 7/1/2025 | 11,731.56 | | | | | 1,943.69 | 167,917.33 | | 3,000.52 | 312.84 | 1,943.69 |
| 12/31/25 | | | | Payment Applied | 7/1/2025 | 9,787.87 | 59.62 | 1,014.50 | 869.57 | | -1,943.69 | 167,857.71 | | 3,870.09 | 312.84 | 0.00 |
| 1/1/26 | 1,955.26 | | | Contractual Payment Due | 8/1/2025 | 11,743.13 | | | | | | 167,857.71 | | 3,870.09 | 312.84 | 0.00 |
| 1/5/26 | | | | Mortgage Insurance Disbursement | 8/1/2025 | 11,743.13 | | | -71.98 | | | 167,857.71 | | 3,798.11 | 312.84 | 0.00 |
| 1/7/26 | | | | Insufficient Funds | 7/1/2025 | 13,686.82 | -59.62 | -1,014.50 | -869.57 | | | 167,917.33 | | 2,928.54 | 312.84 | 0.00 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/1/26 | 1,955.26 | | | Contractual Payment Due | 7/1/2025 | 15,642.08 | | | | | | 167,917.33 | | 2,928.54 | 312.84 | 0.00 |
| 2/3/26 | | | | Mortgage Insurance Disbursement | 7/1/2025 | 15,642.08 | | | -71.98 | | | 167,917.33 | | 2,856.56 | 312.84 | 0.00 |
| 2/3/26 | | | | County Tax | 7/1/2025 | 15,642.08 | | | -286.37 | | | 167,917.33 | | 2,570.19 | 312.84 | 0.00 |
| 2/10/26 | | | 400.00 | FC Cost Title | 7/1/2025 | 15,642.08 | | | | 400.00 | | 167,917.33 | | 2,570.19 | 712.84 | 0.00 |
| 2/19/26 | | | 30.00 | Property Inspection | 7/1/2025 | 15,642.08 | | | | 30.00 | | 167,917.33 | | 2,570.19 | 742.84 | 0.00 |
| 2/27/26 | | | 329.41 | FC Atty Fees | 7/1/2025 | 15,642.08 | | | | 329.41 | | 167,917.33 | | 2,570.19 | 1,072.25 | 0.00 |
| 3/1/26 | 1,955.26 | | | Contractual Payment Due | 7/1/2025 | 17,597.34 | | | | | | 167,917.33 | | 2,570.19 | 1,072.25 | 0.00 |
| 3/3/26 | | | | Mortgage Insurance Disbursement | 7/1/2025 | 17,597.34 | | | -71.98 | | | 167,917.33 | | 2,498.21 | 1,072.25 | 0.00 |
| 3/17/26 | | | | City/Village Tax | 7/1/2025 | 17,597.34 | | | -1,554.83 | | | 167,917.33 | | 943.38 | 1,072.25 | 0.00 |
| 3/18/26 | | | 30.00 | Property Inspection | 7/1/2025 | 17,597.34 | | | | 30.00 | | 167,917.33 | | 943.38 | 1,102.25 | 0.00 |
| 4/1/26 | 1,955.26 | | | Contractual Payment Due | 7/1/2025 | 19,552.60 | | | | | | 167,917.33 | | 943.38 | 1,102.25 | 0.00 |
| 4/1/26 | | | 830.00 | FC Atty Fees | 7/1/2025 | 19,552.60 | | | | 830.00 | | 167,917.33 | | 943.38 | 1,932.25 | 0.00 |
| 4/1/26 | | | 312.11 | FC Cost Service | 7/1/2025 | 19,552.60 | | | | 312.11 | | 167,917.33 | | 943.38 | 2,244.36 | 0.00 |
| 4/3/26 | | | | Mortgage Insurance Disbursement | 7/1/2025 | 19,552.60 | | | -71.98 | | | 167,917.33 | | 871.40 | 2,244.36 | 0.00 |
| 4/14/26 | | | 30.00 | Property Inspection | 7/1/2025 | 19,552.60 | | | | 30.00 | | 167,917.33 | | 871.40 | 2,274.36 | 0.00 |
| 4/16/26 | | | 830.00 | FC Atty Fees | 7/1/2025 | 19,552.60 | | | | 830.00 | | 167,917.33 | | 871.40 | 3,104.36 | 0.00 |
| 4/16/26 | | | 93.15 | FC Cost Service | 7/1/2025 | 19,552.60 | | | | 93.15 | | 167,917.33 | | 871.40 | 3,197.51 | 0.00 |
| 5/1/26 | 1,955.26 | | | Contractual Payment Due | 7/1/2025 | 21,507.86 | | | | | | 167,917.33 | | 871.40 | 3,197.51 | 0.00 |
| 5/4/26 | | | | Mortgage Insurance Disbursement | 7/1/2025 | 21,507.86 | | | -71.98 | | | 167,917.33 | | 799.42 | 3,197.51 | 0.00 |
| 5/8/26 | | | 30.00 | Property Inspection | 7/1/2025 | 21,507.86 | | | | 30.00 | | 167,917.33 | | 799.42 | 3,227.51 | 0.00 |
| 5/21/26 | | | 135.00 | FC Cost Service | 7/1/2025 | 21,507.86 | | | | 135.00 | | 167,917.33 | | 799.42 | 3,362.51 | 0.00 |
| 5/26/26 | | | 9.15 | FC Cost Service | 7/1/2025 | 21,507.86 | | | | 9.15 | | 167,917.33 | | 799.42 | 3,371.66 | 0.00 |
| 5/26/26 | | | 9.15 | FC Cost Service | 7/1/2025 | 21,507.86 | | | | 9.15 | | 167,917.33 | | 799.42 | 3,380.81 | 0.00 |
| 5/26/26 | | | 9.15 | FC Cost Service | 7/1/2025 | 21,507.86 | | | | 9.15 | | 167,917.33 | | 799.42 | 3,389.96 | 0.00 |
| 5/26/26 | | | 2.60 | FC Cost Service | 7/1/2025 | 21,507.86 | | | | 2.60 | | 167,917.33 | | 799.42 | 3,392.56 | 0.00 |
| 5/26/26 | | | 2.60 | FC Cost Service | 7/1/2025 | 21,507.86 | | | | 2.60 | | 167,917.33 | | 799.42 | 3,395.16 | 0.00 |
| 5/26/26 | | | 2.60 | FC Cost Service | 7/1/2025 | 21,507.86 | | | | 2.60 | | 167,917.33 | | 799.42 | 3,397.76 | 0.00 |
| 5/27/26 | | | 75.00 | FC Cost Title | 7/1/2025 | 21,507.86 | | | | 75.00 | | 167,917.33 | | 799.42 | 3,472.76 | 0.00 |
| 5/28/26 | | | 830.00 | FC Atty Fees | 7/1/2025 | 21,507.86 | | | | 830.00 | | 167,917.33 | | 799.42 | 4,302.76 | 0.00 |
| 5/28/26 | | | 18.38 | FC Cost Service | 7/1/2025 | 21,507.86 | | | | 18.38 | | 167,917.33 | | 799.42 | 4,321.14 | 0.00 |
| 5/28/26 | | | 0.74 | FC Cost Service | 7/1/2025 | 21,507.86 | | | | 0.74 | | 167,917.33 | | 799.42 | 4,321.88 | 0.00 |
| 6/1/26 | 1,955.26 | | | Contractual Payment Due | 7/1/2025 | 23,463.12 | | | | | | 167,917.33 | | 799.42 | 4,321.88 | 0.00 |
| 6/3/26 | | | | Mortgage Insurance Disbursement | 7/1/2025 | 23,463.12 | | | -71.98 | | | 167,917.33 | | 727.44 | 4,321.88 | 0.00 |
| 6/5/26 | | | 30.00 | Property Inspection | 7/1/2025 | 23,463.12 | | | | 30.00 | | 167,917.33 | | 727.44 | 4,351.88 | 0.00 |
| 6/17/26 | | | 1.73 | FC Cost Service | 7/1/2025 | 23,463.12 | | | | 1.73 | | 167,917.33 | | 727.44 | 4,353.61 | 0.00 |
| 6/17/26 | | | 1.73 | FC Cost Service | 7/1/2025 | 23,463.12 | | | | 1.73 | | 167,917.33 | | 727.44 | 4,355.34 | 0.00 |
| 6/17/26 | | | 1.73 | FC Cost Service | 7/1/2025 | 23,463.12 | | | | 1.73 | | 167,917.33 | | 727.44 | 4,357.07 | 0.00 |
| 6/17/26 | | | 1.73 | FC Cost Service | 7/1/2025 | 23,463.12 | | | | 1.73 | | 167,917.33 | | 727.44 | 4,358.80 | 0.00 |
| 6/17/26 | | | 1.73 | FC Cost Service | 7/1/2025 | 23,463.12 | | | | 1.73 | | 167,917.33 | | 727.44 | 4,360.53 | 0.00 |
| 6/17/26 | | | 1.73 | FC Cost Service | 7/1/2025 | 23,463.12 | | | | 1.73 | | 167,917.33 | | 727.44 | 4,362.26 | 0.00 |
| 6/17/26 | | | 1.73 | FC Cost Service | 7/1/2025 | 23,463.12 | | | | 1.73 | | 167,917.33 | | 727.44 | 4,363.99 | 0.00 |
| 6/17/26 | | | 1.73 | FC Cost Service | 7/1/2025 | 23,463.12 | | | | 1.73 | | 167,917.33 | | 727.44 | 4,365.72 | 0.00 |
| 7/1/26 | 1,955.26 | | | Contractual Payment Due | 7/1/2025 | 25,418.38 | | | | | | 167,917.33 | | 727.44 | 4,365.72 | 0.00 |
| 7/3/26 | | | 1.03 | FC Cost Service | 7/1/2025 | 25,418.38 | | | | 1.03 | | 167,917.33 | | 727.44 | 4,366.75 | 0.00 |
| 7/3/26 | | | 8.86 | FC Cost Service | 7/1/2025 | 25,418.38 | | | | 8.86 | | 167,917.33 | | 727.44 | 4,375.61 | 0.00 |
| 7/3/26 | | | 3,000.00 | FC Cost Service | 7/1/2025 | 25,418.38 | | | | 3,000.00 | | 167,917.33 | | 727.44 | 7,375.61 | 0.00 |
| 7/3/26 | | | | Mortgage Insurance Disbursement | 7/1/2025 | 25,418.38 | | | -71.98 | | | 167,917.33 | | 655.46 | 7,375.61 | 0.00 |
| 7/6/26 | | | 28.00 | Property Inspection | 7/1/2025 | 25,418.38 | | | | 28.00 | | 167,917.33 | | 655.46 | 7,403.61 | 0.00 |
| 7/7/26 | | | 30.00 | FC Cost Service | 7/1/2025 | 25,418.38 | | | | 30.00 | | 167,917.33 | | 655.46 | 7,433.61 | 0.00 |
| 7/7/26 | | | 1.44 | FC Cost Service | 7/1/2025 | 25,418.38 | | | | 1.44 | | 167,917.33 | | 655.46 | 7,435.05 | 0.00 |
| 7/14/26 | | | 460.00 | Appraisal | 7/1/2025 | 25,418.38 | | | | 460.00 | | 167,917.33 | | 655.46 | 7,895.05 | 0.00 |
| 8/1/26 | 1,955.26 | | | Contractual Payment Due | 7/1/2025 | 27,373.64 | | | | | | 167,917.33 | | 655.46 | 7,895.05 | 0.00 |
| 8/4/26 | | | 28.00 | Property Inspection | 7/1/2025 | 27,373.64 | | | | 28.00 | | 167,917.33 | | 655.46 | 7,923.05 | 0.00 |
| 8/4/26 | | | | Mortgage Insurance Disbursement | 7/1/2025 | 27,373.64 | | | -69.59 | | | 167,917.33 | | 585.87 | 7,923.05 | 0.00 |
| 8/6/26 | | | | Hazard Insurance | 7/1/2025 | 27,373.64 | | | -1,936.00 | | | 167,917.33 | | -1,350.13 | 7,923.05 | 0.00 |
| 8/10/26 | | | | School Tax | 7/1/2025 | 27,373.64 | | | -2,130.51 | | | 167,917.33 | | -3,480.64 | 7,923.05 | 0.00 |

Debtor(s) executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly indorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust.