**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Ashley C Wilson**<br>**Debtor(s)**<br><br>**Lakeview Loan Servicing, LLC**<br>**Movant**<br>**vs.**<br><br>**Ashley C Wilson**<br>**Respondent(s)** | CHAPTER 13<br>BK. NO. 26-13485 PMM |

## CERTIFICATION OF SERVICE

I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **October 27, 2026**.

Kenneth E. West (via ECF)
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West Suite 701
Philadelphia, PA 19106

Michael A. Cibik Esq. (via ECF)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Ashley C Wilson
47 Concord Road
Collingdale, PA 19023

Date: October 23, 2026

By: /s/ Maggie Soboleski
Maggie Soboleski, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant
bkgroup@kmllawgroup.com