**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Ashley C Wilson<br>Debtor(s) | CHAPTER 13 |
| Lakeview Loan Servicing, LLC, its successors and/or assigns<br>Movant<br>vs. | NO. 26-13485 PMM |
| Ashley C Wilson<br>Debtor(s) | |
| Kenneth E. West<br>Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Lakeview Loan Servicing, LLC, which was filed with the Court on or about October 27, 2026.

Dated: November 11, 2026

Respectfully submitted,

/s/Maggie Soboleski
Maggie Soboleski, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215)-627-1322
MSoboleski@kmllawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:Ashley C Wilson**<br><br>**Debtor(s)**<br><br>**Lakeview Loan Servicing, LLC**<br>**Movant**<br>**vs.**<br><br>**Ashley C Wilson**<br><br>**Debtor(s)**<br><br>**Kenneth E. West**<br>**Trustee** | **BK NO. 26-13485 PMM**<br><br>**Chapter 13** |

## CERTIFICATE OF SERVICE

I, Maggie Soboleski, certify that on 11/11/2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Praecipe to Withdraw

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 11/11/2026

**/s/ Maggie Soboleski**
Maggie Soboleski, Esquire
Attorney I.D. 88268
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Ashley C Wilson<br>47 Concord Road<br>Collingdale, PA 19023 | Debtor | ☐ Hand-delivered<br>☒ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other<br>________________<br>(as authorized by the court *) |
| Michael A. Cibik Esq.<br>Cibik Law, P.C.<br>1500 Walnut Street, Suite 900<br>Philadelphia, PA 19102 | Attorney for Debtor | ☐ Hand-delivered<br>☐ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☒ CM/ECF<br>☐ Other<br>________________<br>(as authorized by the court *) |
| Kenneth E. West<br>Office of the Chapter 13<br>Standing Trustee<br>190 N. Independence Mall West<br>Suite 701<br>Philadelphia, PA 19106 | Trustee | ☐ Hand-delivered<br>☐ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☒ CM/ECF<br>☐ Other<br>________________<br>(as authorized by the court *) |